■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD BURGESS, Appellant. [914 NYS2d 642]—

Appeal by the defendant from an order of the Supreme Court, Kings County (Tomei, J.), dated March 25, 2009, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

The defendant failed to show by clear and convincing evidence that special circumstances existed warranting a downward departure from his presumptive risk level three designation (*see People v Bennis*, 77 AD3d 896 [2010]; *People v Lynk*, 74 AD3d 929, 929-930 [2010]; *People v Colavito*, 73 AD3d 1004, 1005 [2010]; *People v Pearsall*, 67 AD3d 876 [2009]; *People v Bowens*, 55 AD3d 809, 810 [2008]; *People v Williams*, 49 AD3d 518 [2008]). Accordingly, the Supreme Court appropriately determined him to be a level three sex offender, and, after considering the mitigating factors advanced by the defendant, providently exercised its discretion in denying his request for a downward departure (*see People v Lynk*, 74 AD3d at 929-930; *People v Colavito*, 73 AD3d at 1005; *People v Ainoris*, 57 AD3d 864, 865 [2008]). Mastro, J.P., Rivera, Austin and Roman, JJ., concur.